1008

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DEAN DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02983-3, Carol A. Schapira, J., entered October 18, 2000. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT KIRK BATTLES, *Defendant*, ANTHONY GENE FOREMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04114-1, Anthony P. Wartnik, J., entered November 27, 2000. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Adoption of* C.H.
KEVIN HILL, *Appellant*, v. BRIAN CALLAHAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-5-00092-6, Kenneth L. Cowsert, J., entered January 2, 2001. *Affirmed* by unpublished per curiam opinion.

ROBERT KELLEY, *Appellant*, v. SLOAN PONOMARCHUK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-05559-7, Richard J. Thorpe, J. Pro Tem., entered January 19, 2001. *Affirmed* by unpublished per curiam opinion.